CHRISTOPHER T. HOLLAND (SBN 164053)
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333
cholland@ksrh.com

BERNARD CHANIN (*pro hac vice pending*)
2052 Cherry Street
Philadelphia, PA 19103
Telephone: (215) 977-2396
bchanin.esq@gmail.com

Attorneys for Defendant
STEPHEN GOULD CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYDROS BOTTLE LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN GOULD CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No.: 3:16-cv-04077-JST<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO ANSWER, MOVE, AND/OR OTHERWISE RESPOND TO COMPLAINT AND CONTINUING RELATED CASE DEADLINES; [PROPOSED] ORDER** |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Hydros Bottle LLC ("Plaintiff") and Defendant Stephen Gould Corporation ("Defendant") hereby stipulate and agree as follows, subject to approval by the Court:

WHEREAS, Plaintiff filed its Complaint in this action on July 20, 2016 (D.I. 1);

WHEREAS, this case was assigned to the Honorable Magistrate Judge Kim on July 21, 2016

1

(D.I. 4);WHEREAS, on July 20, 2016, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order") (D.I. 5) with the following case deadlines:

| DATE | EVENT |
| --- | --- |
| 9/28/2016 | Last day to (i) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (ii) file ADR Certification signed by Parties and Counsel; and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| 10/12/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement. |
| 10/19/2016 | Initial Case Management Conference (CMC) at 1:30 p.m. |

WHEREAS, on August 23, 2016, all hearing dates before Judge Kim were vacated (D.I. 9);and this case was reassigned to the Honorable Jon S. Tigar on August 24, 2016 (D.I. 10);

WHEREAS, Defendant waived service of summons in exchange for an extension of time to move, answer, or otherwise response, and the parties initially stipulated that Defendant would have 60 days from August 2, 2016, i.e., up to and including October 3, 2016, to file any such answer, motion, or other response (*See* D.I. 11);

WHEREAS, Judge Tigar set a Case Management Conference for November 9, 2016 at 2:00 P.M. with a Joint Case Management Conference Statement due seven Court days prior;

WHEREAS, given the waiver of service of summons and reassignment, and the fact that the parties have been engaging in settlement discussions since before this case was filed and have recently resurrected those discussions with the hope of resolving this matter without the need for further court intervention;

WHEREAS, in order to focus on those settlement efforts, the parties have agreed to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint and other upcoming deadlines;

WHEREAS, the parties agree that by entering into this stipulation and/or requesting the accompanying order, Defendant is not waiving any rights to move on the Complaint and/or

2

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO ANSWER, MOVE, AND/OR OTHERWISE RESPOND TO COMPLAINT AND CONTINUING RELATED CASE DEADLINES; [PROPOSED] ORDER
CASE NO.:  3:16-cv-04077-JST

obligating itself to answer and/or otherwise respond to the Complaint in any particular way;

WHEREAS, there have been no previous time modifications in this case;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and the parties through their respective attorneys of record hereby respectfully request that, subject to order of this Court, that Defendant shall have up to and including October 21, 2016 to answer, move, and/or otherwise respond to Plaintiff's Complaint, and the deadlines in the current CMC Order shall be extended as follows:

| NEW DATE | EVENT |
| --- | --- |
| 11/16/2016 | Last day to (i) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (ii) file ADR Certification signed by Parties and Counsel; and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| 12/14/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement per Standing Order re Contents of Joint Case Management Statement. |
| 12/21/2016 | Initial Case Management Conference (CMC) at 2:00 p.m. |

Respectfully submitted,

Dated: September 30, 2016        KELLER, SLOAN, ROMAN & HOLLAND LLP

By:      /s/ Christopher T. Holland
   CHRISTOPHER T. HOLLAND
   Attorneys for Defendant
   STEPHEN GOULD CORPORATION

Dated: September 30, 2016        MCKOOL SMITH HENNIGAN, P.C.

By:      /s/ Thomas B. Watson
   THOMAS B. WATSON
   Attorneys for Plaintiff
   HYDROS BOTTLE LLC

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Christopher T. Holland, hereby attest that I have been authorized by Thomas B. Watson, counsel for Plaintiff Hydros Bottle LLC, to execute on his behalf this Stipulated Request for an Order Extending Time to Answer, Move, and/or Otherwise Respond to Complaint and Continuing Related Case Deadlines.

Dated:  September 30, 2016          /s/ Christopher T. Holland
                                    Christopher T. Holland

4

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO ANSWER, MOVE, AND/OR OTHERWISE RESPOND TO COMPLAINT AND CONTINUING RELATED CASE DEADLINES; [~~PROPOSED~~] ORDER
CASE NO.: 3:16-cv-04077-JST

**[PROPOSED] ORDER**

Under consideration of the parties' Stipulated Request for an Order Extending Time to Answer, Move, and/or Otherwise Respond to Complaint and Continuing Related Case Deadlines, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1) Defendant shall have up to and including October 21, 2016 to answer, move, and/or otherwise respond to Plaintiff's Complaint; and

(2) The following deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order") (D.I. 5) are extended as follows (all other aspects of the CMC Order remain unchanged):

| NEW DATE | EVENT |
| --- | --- |
| 11/16/2016 | Last day to (i) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (ii) file ADR Certification signed by Parties and Counsel; and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| 12/14/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement. |
| 12/21/2016 | Initial Case Management Conference (CMC) at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: October 3, 2016

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE