1   CHRISTOPHER T. HOLLAND (SBN 164053)
    KELLER, SLOAN, ROMAN & HOLLAND LLP
2   555 Montgomery Street, 17th Floor
    San Francisco, CA  94111
3   Telephone:  (415) 249-8330
    Facsimile:   (415) 249-8333
4   cholland@ksrh.com

5

6   BERNARD CHANIN (*pro hac vice pending*)
    2052 Cherry Street
7   Philadelphia, PA  19103
    Telephone:  (215) 977-2396
8   bchanin.esq@gmail.com

9   Attorneys for Defendant
    STEPHEN GOULD CORPORATION

10

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13   HYDROS BOTTLE LLC, a Delaware Limited      Case No.:  3:16-cv-04077-JST
     Liability Company,
14                                              **JOINT REQUEST AND STIPULATION**
                                                **FOR FURTHER EXTENSION OF TIME;**
15          Plaintiff,                          **[PROPOSED] ORDER**

16   vs.

17   STEPHEN GOULD CORPORATION, a New
     Jersey Corporation,
18
            Defendant.
19

20                          **STIPULATION**

21          Pursuant to Civil Local Rule 6-2, Plaintiff Hydros Bottle LLC ("Plaintiff") and Defendant

22   Stephen Gould Corporation ("Defendant") hereby stipulate and agree as follows, subject to approval

23   by the Court:

24          WHEREAS, Plaintiff filed its Complaint in this action on July 20, 2016 (D.I. 1);

25          WHEREAS, following a prior stipulation and an Order of the Court (D.I. 15), Defendant

26   currently has up to and including October 21, 2016 to answer, move, and/or otherwise respond to

27   Plaintiff's Complaint;

28          WHEREAS, the parties have been engaging in discussions that would resolve and/or narrow

                                              1

certain portions of Plaintiff's claims, and the Parties are close to finalizing those discussions;

WHEREAS, further, in the course of preparing to respond to Plaintiff's Complaint, Defendant has raised a legal issue with one of Plaintiff's causes of action, an issue that Plaintiff is presently evaluating;

WHEREAS, the parties anticipate filing a further stipulation shortly to address the foregoing matters and that such a further stipulation would provide time for Plaintiff to amend its Complaint;

WHEREAS, the parties anticipate that an extension of approximately 10 days would allow them sufficient time to address the foregoing matters;

WHEREAS, the parties agree that by entering into this stipulation and/or requesting the accompanying order, Defendant is not waiving any rights to move on the Complaint and/or obligating itself to answer and/or otherwise respond to the Complaint in any particular way; and

WHEREAS, there have been one previous time modification in this case, but this further modification is not made for purposes of delay, but rather as part of a continued good faith effort by the parties to avoid or limit expenditure of Court resources where feasible.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their respective attorneys of record and subject to order of the Court, that Defendant shall have up to and including November 1, 2016 to answer, move, and/or otherwise respond to Plaintiff's Complaint; or the Parties shall enter a further stipulation by that date.

Dated:  October 20, 2016                         KELLER, SLOAN, ROMAN & HOLLAND LLP


By:  _____/s/ Christopher T. Holland_____
          CHRISTOPHER T. HOLLAND
          Attorneys for Defendant
          STEPHEN GOULD CORPORATION

Dated:  October 20, 2016                         MCKOOL SMITH HENNIGAN, P.C.


By:  _____/s/ Thomas B. Watson_____
          THOMAS B. WATSON
          Attorneys for Plaintiff
          HYDROS BOTTLE LLC

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Christopher T. Holland, hereby attest that I have been authorized by Thomas B. Watson, counsel for Plaintiff Hydros Bottle LLC, to execute on his behalf this Stipulated Request for an Order Extending Time to Answer, Move, and/or Otherwise Respond to Complaint and Continuing Related Case Deadlines.

Dated:  October 20, 2016                                    /s/ Christopher T. Holland
                                                           Christopher T. Holland

**[~~PROPOSED~~] ORDER**

Under consideration of the parties' Stipulated Request for an Order Extending Time to Answer, Move, and/or Otherwise Respond to Complaint, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1)     Defendant shall have up to and including November 1, 2016 to answer, move, and/or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  October _21_, 2016                        _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

4