ALAN P. BLOCK (SBN 143783)
THOMAS B. WATSON (SBN 181546)
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
ablock@mckoolsmithhennigan.com
twatson@mckoolsmithhennigan.com

Attorneys for Plaintiff and Cross-Defendant
HYDROS BOTTLE LLC, a Delaware
Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HYDROS BOTTLE LLC, a Delaware Limited Liability Company,

Plaintiff,

vs.

STEPHEN GOULD CORPORATION, a New Jersey Corporation,

Defendant.

Case No.: 3:16-cv-04077-JST

**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO ALTER BRIEFING SCHEDULE FOR OPPOSITION AND REPLY BRIEFS FOR MOTIONS TO BE HEARD ON JULY 13, 2017**

Hearing Date: July 13, 2017
Time: 2:00 p.m.
Judge: Hon. Jon S. Tigar
Courtroom: 9
450 Golden Gate Avenue
San Francisco, CA 94102

**STIPULATION**

Plaintiff Hydros Bottle LLC ("Hydros") and Defendant Stephen Gould Corporation ("SGC") hereby stipulate and agree as follows, subject to approval of the Court:

WHEREAS, on May 1, 2017, Hydros filed a Motion to Amend Judgment to Add Prejudgment Interest (D.I. 51) and a Motion for Attorneys' Fees (D.I. 52) in this action ("Hydros's Motions"), noticing a hearing date for both motions of June 22, 2017 at 2:00 p.m.;

WHEREAS, lead counsel for SGC, Christopher T. Holland, requested that the parties stipulate to moving the hearing date to July 13, 2017 at 2:00 p.m.;

WHEREAS, counsel for Hydros agreed to moving the hearing date to July 13, 2017 at 2:00 p.m.;

WHEREAS, on May 3, 2017, the Court granted the parties' stipulation (D.I. 54) and reschedule the hearing date for Hydros's Motions to July 13, 2017 at 2:00 p.m.;

WHEREAS, the Oppositions to the Motions are currently due on May 15, 2017, and the Replies are due on May 22, 2017; and

WHEREAS, lead counsel for Hydros, Thomas B. Watson, has conflicts, including the filing of an opposition to a motion to dismiss in a class action followed by travel, during the time to draft the Replies in Support of the Motions and has requested to reset the deadlines for the Oppositions and Replies;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their respective attorneys of record and subject to order of the Court, that SGC's deadline for its Oppositions to the Motions be moved to May 26, 2017, and Hydros's deadline for the Replies in Support of the Motions be moved to June 5, 2017.

The parties note that under the foregoing revised briefing schedule, Court would still receive all briefs more than five (5) full weeks prior to the hearing, and therefore respectfully request that this amended briefing schedule be permitted.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: May 10, 2017

MCKOOL SMITH HENNIGAN, P.C.

By: */s/ Thomas B. Watson*
Thomas B. Watson
Attorneys for Plaintiff and Counter-Defendant
HYDROS BOTTLE LLC

Dated: May 10, 2017

HOLLAND LAW LLP

By: */s/ Christopher T. Holl*and
Christopher T. Holland
Attorneys for Defendant and Counterclaimant
STEPHEN GOULD CORPORATION

**CIVIL L.R. 501(i) ATTESTATION**

I, Thomas B. Watson, hereby attest that I have been authorized by Christopher T. Holland to execute on his behalf this Stipulated Motion and [Proposed] Order to Alter Briefing Schedule for Opposition and Reply Briefs for Motions to be Heard on July 13, 2017.

Dated: May 10, 2017

*/s/ Thomas B. Watson*
Thomas B. Watson

**~~[PROPOSED]~~ ORDER**

Under consideration of the parties' Stipulated Motion Continue Hearing Date, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The currently scheduled deadline for oppositions to Plaintiff Hydros Bottle LLC's Motion to Amend Judgment to Add Prejudgment Interest (D.I. 51) and Motion for Attorneys' Fees (D.I. 52) is rescheduled to May 26, 2017; and

The currently scheduled deadline for replies in support of Plaintiff Hydros Bottle LLC's Motion to Amend Judgment to Add Prejudgment Interest (D.I. 51) and Motion for Attorneys' Fees (D.I. 52) is rescheduled to June 5, 2017; and

**IT IS SO ORDERED.**

Dated: May 11, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE